John W. Gibson, as Executor, etc., et al., Respondents, v. Anna McLawry et al., Appellants.

(Argued March 2, 1891; decided March 17, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 29, 1890, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*George Adee* for appellants.

*Edwin D. Wagner* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

Richard Farman, Respondent, v. The Town of Ellington, Appellant.

(Submitted March 4, 1891; decided March 17, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Wm. H. Henderson* for appellant.

*A. C. Wade* for respondent.

Agree to affirm; no opinion.
All concur, except Bradley and Haight, JJ., not sitting.
Judgment affirmed.